IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON RUSSELL : CIVIL ACTION
:
v. :
:
CAROLYN W. COLVIN[1] : NO. 12-6501
Acting Commissioner of :
Social Security :

ORDER

AND NOW, this 17th day of October, 2013, upon careful and independent consideration of plaintiff Leon Russell's brief and statement of issues in support of request for review (docket entry # 7), defendant Carolyn W. Colvin's response thereto (docket entry # 8) and unopposed motion to amend the record (docket entry # 9), and the Honorable David R. Strawbridge's thorough and well-reasoned report and recommendation (docket entry # 12), to which neither party has filed an objection within the period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Strawbridge that plaintiff's request for remand should be denied, it is hereby ORDERED that:

1. Judge Strawbridge's report and recommendation (docket entry # 12) is APPROVED and ADOPTED;

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

2. Plaintiff's request for review (docket entry # 7) is DENIED;

3. Defendant's unopposed motion to amend the record (docket entry # 9) is GRANTED; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


/s/ Stewart Dalzell, J.